## UNITED STATES of America, Plaintiff–Appellee

v.

### Jeffrey David GUNSELMAN, Individually, doing business as Absolute Fuels, L.L.C., Defendant–Appellant.

No. 12–10987
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 2012.

Paulina M. Jacobo, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Dan Lamar Cogdell, Esq., Houston, TX, for Defendant–Appellant.

Before WIENER, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM: *

Jeffrey David Gunselman appeals from the order of the district court granting the Government's motion to revoke the magistrate judge's order of release pending trial. The denial of release pending trial is supported by the evidence of record and the district court's order was not an abuse of discretion. *See United States v. West-*

---

---

*brook,* 780 F.2d 1185, 1188–90 (5th Cir. 1986).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.